# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **DANIELLE A. GRAVES**, | ) |
| Plaintiff, | ) |
| v. | ) Case No. CIV-11-111-RAW-SPS |
| **MICHAEL J. ASTRUE,** **Commissioner of Social Security Administration,** | ) |
| Defendant. | ) |

## ORDER REMANDING CASE FOR FURTHER PROCEEDINGS

On September 12, 2012, Magistrate Judge Shreder entered his Report and Recommendation, recommending that the above-styled case be reversed and remanded for further proceedings. Defendant has not filed an objection.

IT IS THEREFORE ORDERED that the decision of the ALJ is hereby **REVERSED** and this case is hereby **REMANDED** to Defendant pursuant to the fourth sentence of 42 U.S.C. §405(g) for further administrative proceedings.

**IT IS SO ORDERED** this 27th day of September, 2012.

```
Dated this 27th day of September, 2012.
```

Ronald A. White
United States District Judge
Eastern District of Oklahoma